# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/9/2015 1:48:39 PM
PAM ESTES
Clerk

Court of Appeals No. (If known):  **12-15-00233-CR**

Trial Court Style:    The State of Texas v. James Edward Mullinnix, III

Trial Court & County:    3$^{49th}$ Judicial District, Anderson County, Texas
 Trial Court No.:  31982

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due:  07.9.2015

Anticipated Number of Pages of Record:  395 pages

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:

☐    Other.  (Explain.):  I respectfully ask for an extension of time due to spending all my out-of-court time finishing up the appeal on the Hallmark CPS case out of Houston County.  It is an accelerated appeal, and I do not want to cause any kind of delay in getting that case out first, as I understand the law dictates.  Please grant me 30 additional days to prepare this case for filing.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by  January 10, 2016,  and **I hereby request an additional  30  days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date    12.9.2015

Signature:  Misty McAdams

Office Phone Number:  903.723.7415

Printed Name:  Misty McAdams, CSR

mcadams349@windstream.net
E-mail Address

Official Reporter, 349th Judicial District
Anderson & Houston County, Texas

The following parties have been served with a copy of this document:

MR. ALLYSON MITCHELL          MR. STEPHEN EVANS
ANDERSON COUNTY D.A.        ATTORNEY AT LAW
ATTORNEY FOR THE STATE     ATTORNEY FOR THE DEFENDANT
via:  HAND DELIVERY           via:  email only  sevanslaw@aol.com

_____

Misty McAdams, CSR
Official Reporter, 349th Judicial District
Anderson & Houston County, Texas
500 North Church,  Room 30
Palestine, TX  75801
903.723.7415
mcadams349@windstream.net